IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| USA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:05CR387 |
| v. | ) | |
| BILLY DEE SPENCER, | ) | ORDER |
| Defendants. | ) | |

Before the court is a Motion to be Paid Prior Completion of Case [45] filed by Attorney W. Russell Bowie. Mr. Bowie has recently been appoint district judge for Douglas County, Nebraska. Good cause being shown, the motion will be granted.

IT IS ORDERED that the Motion to be Paid Prior Completion of Case [45] is granted. W. Russell Bowie shall submit his completely CJA 20 voucher to the Federal Public Defender for payment of services rendered.

DATED this 13th day of March, 2006.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge